**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:24-cr-00654-SEP-1 |
| | ) | |
| DARIUS TYLER, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

The Court referred this matter to United States Magistrate Judge Shirley P. Mensah for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On October 8, 2025, Judge Mensah filed her Report and Recommendation, Doc. [41], recommending that Defendant's Motion to Dismiss the Indictment, Doc. [38], should be denied.

The Court has conducted a de novo review of all filings relevant to Defendant's motion and objection to the R&R. *See* Docs. [38], [40], [42], [44]. As conceded by defense counsel and explained by Judge Mensah, Defendant's argument is foreclosed by the Eighth Circuit's holding in *United States v. Jackson*, 110 F.4th 1120 (8th Cir. 2024), *rh'g denied*, 121 F.4th 656 (8th Cir. 2024), *cert. denied*, 145 S.Ct. 2708 (2025). The undersigned therefore adopts and sustains Judge Mensah's Report and Recommendation in its entirety and denies the Motion to Dismiss Indictment.

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Shirley P. Mensah, Doc. [41], filed October 8, 2025, be and hereby is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Indictment, Doc. [38], is **DENIED**.

**IT IS FINALLY ORDERED** that this case is set for trial on **December 8, 2025, at 9:00 a.m.** in the courtroom of the undersigned.

Dated this 20th day of November, 2025.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE