**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:24-cr-00654-SEP |
| | ) | |
| DARIUS TYLER, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

Before the Court is the Government's Motion to Permit Use of Rule 404(b) Evidence, Doc. [112], which seeks permission to use a video depicting Defendant pointing a firearm at his significant other approximately one year before the incident that gave rise to the instant case under Federal Rule of Evidence 404(b).  After review of the parties' submissions, Docs. [112], [116], [117], and the video itself, the Court finds that any probative value the evidence may have is substantially outweighed by the risk of unfair prejudice.  *See* FED. R. EVID. 403.  If the video is probative of what Mr. Tyler knew, intended, or might have been mistaken about at the time of the alleged crime for which he is on trial, that probative value is not substantial, and it is far outweighed by the risk of unfair prejudice.  Whatever clip the Government might propose to use of the video, it will at least show the Defendant facing a woman at close distance in a domestic setting with a gun in his hand.  Without careful editing and a limiting instruction, the video—in which the person alleged to be Defendant assaults and then points a gun at the woman—would easily be "so inflammatory on its face as to divert the jury's attention from the material issues in the trial." *United States v. Atkins*, 52 F.4th 745, 753 (8th Cir. 2022) (quoting *United States v. Wright*, 993 F.3d 1054, 1061 (8th Cir. 2021)).  Even with editing and an instruction, its "undue tendency to suggest decision on an improper basis" would substantially outweigh its probative value. *Id.*

**IT IS HEREBY ORDERED** that the Motion to Permit Use of Rule 404(b) Evidence, Doc. [112], is **DENIED.**

Dated this 24th day of March, 2026.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE